IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 11-00561-TUC-JGZ (DTF) |
|                                       ) | |
| Plaintiff,            ) | **ORDER** |
|                                       ) | |
| vs.                                   ) | |
|                                       ) | |
| Omar Ruiz-Perez,                      ) | |
|                                       ) | |
| Defendant.            ) | |
|                                       ) | |

**IT IS ORDERED** as follows:

1. The trial in this case will begin on **THURSDAY, APRIL 19, 2012 at 9:30 a.m.**

2. A Pretrial Conference is scheduled for April 11, 2012 at 1:30 p.m.

3. All motions in limine are to be filed by 5:00 p.m. April 6, 2012, with responses due on April 10, 2012 by 5:00 p.m..

4. Jury instructions and voir dire are to be filed **by noon** on April 16, 2012.

5. Counsel for the government is directed to file a 1.2 preliminary instruction listing the elements of the offense only.

DATED this 4th day of April, 2012.

Jennifer G. Zipps
United States District Judge